IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | 18-CV-4596 (VEC) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) ) ) ) | |
| *Defendants.* | ) ) | |
| NATIONAL AUDUBON SOCIETY, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | 18-CV-4601 (VEC) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) ) ) ) | |
| *Defendants.* | ) ) | |
| STATE OF NEW YORK, et al., | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | 18-CV-8084 (VEC) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**NOTICE OF ENVIRONMENTAL PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declarations (with exhibits and attachments), Plaintiffs Natural Resources Defense Council and National Wildlife Federation ("NRDC Plaintiffs," Case No. 18-CV-4596), and Plaintiffs National Audubon Society, American Bird Conservancy, Center for Biological Diversity, and Defenders of Wildlife ("Audubon Plaintiffs," Case No. 18-CV-4601), will move this Court, before the Honorable Valerie E. Caproni, at the United States Courthouse, 40 Foley Square, New York, NY, for an order granting summary judgment to Plaintiffs on the claims in their complaints pursuant to Federal Rule of Civil Procedure 56; the Administrative Procedure Act, 5 U.S.C. § 706; and the National Environmental Policy Act, 42 U.S.C. § 4332(2)(C); and vacating the agency actions titled Opinion M-37050, *The Migratory Bird Treaty Act Does Not Prohibit Incidental Take* (Dec. 22, 2017), and *Guidance on the Recent M-Opinion Affecting the Migratory Bird Treaty Act* (Apr. 11, 2018).

Respectfully submitted,

/s/ Eric R. Glitzenstein
Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street, N.W., Suite 1300
Washington, DC 20005
(202) 849-8401
eglitzenstein@biologicaldiversity.org

*Counsel for Audubon Plaintiffs*

/s/ Ian Fein
Ian Fein
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6147
ifein@nrdc.org

*Counsel for NRDC Plaintiffs*

January 17, 2020