UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | : |
|  | : |
| Plaintiffs, | : |
|  | : |
| -against- | : |
|  | : |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | : |
|  | : |
| Defendants. | : |

18 Civ. 4596 (VEC)
18 Civ. 4601 (VEC)
18 Civ. 8084 (VEC)

(Consolidated)

------------------------------------------------------------------- x

## DECLARATION OF KENNETH V. ROSENBERG, PH.D., IN SUPPORT OF THE CONSOLIDATED PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, Kenneth V. Rosenberg, Ph.D., hereby declares as follows, under penalty of perjury:

1. I am a Doctor of Zoology and hold a joint position at the Cornell University Laboratory of Ornithology (the "Cornell Lab") and the American Bird Conservancy. My primary role is to synthesize and interpret research on the status and distribution of bird populations, and to engage with wildlife managers and policy-makers to ensure that conservation decisions are based on the best available science. As a leading expert in the status and migratory patterns of bird populations, I submit this declaration in support of the motions for summary judgment by plaintiffs in each of the three consolidated cases. More specifically, this declaration will discuss and provide illustrations of some of the basic science of bird migration, to assist the Court in understanding how most bird species found in a given state at a certain point

during their lifecycles will, at other points during their lifecycles, typically travel to and through other states, and beyond.  Thus, any increase in bird mortality, or the risk of bird mortality, caused by a change in federal policy such as that embodied in the Jorjani Opinion being challenged by plaintiffs, will almost certainly cause injury far beyond the place where the death or heightened risk occurs.  Distant states, birders, scientists or farmers who rely on birds for insect control, seed dispersal or pollination who live hundreds or thousands of miles away, can feel the impact if the birds they share are killed by incidental take and do not survive to return.

<u>My Background and Expertise</u>

2.     I am a lifelong birder and received my B.S. in Wildlife Science from Cornell University.  I went on to Arizona State University, where I conducted research on desert riparian birds and received an M.S. in Zoology.  I subsequently studied foraging specialization in Amazonian birds for my Ph.D. at Louisiana State University, from which I received my doctorate.  I then returned to Cornell, where I have been for the last 25 years. A copy of my curriculum vitae is attached as Exhibit A.

3.     My current work focuses on bird population status, habitat, conservation and sustainability.  I work at the interface between research, conservation planning, and environmental policy, in a joint position at the Cornell Lab and American Bird Conservancy.  My primary role is to synthesize and interpret research on the status and distribution of bird populations, and to engage with wildlife managers and policy-makers to ensure that conservation decisions are based

on the best available science.

4.     I also represent the Cornell Lab on the North American Bird Conservation Initiative (NABCI) U.S. Committee, and I am the lead scientist on NABCI's annual State of the Birds Reports.  In addition, I study the critical role that stopover sites and habitats play for migratory birds that breed in or migrate though the United States to Central and South America.

5.     This year I was the lead author of a major study by a team of researchers from universities, government agencies and nonprofit organizations recently published in the journal *Science*, entitled "Decline of the North American Avifauna." *Science*, October 4, 2019: Vol. 366, Issue 6461, pp. 120-124.  The study, which quantified the precipitous drop in the North American bird population since 1970, received widespread coverage in the mainstream media, including the *New York Times*.[1] The approximate 30% loss in the North American bird population since 1970—about 3 billion birds—that we describe pointedly highlights the urgent need for more measures to protect our birds from habitat loss, pesticides and other sources of anthropogenic mortality.

<u>Bird Migration Generally</u>

6.     The overwhelming majority of American birds migrate. The basic science is well-established, as the name of the federal law at issue in this case—the Migratory Bird Treaty Act—recognizes.  Popular field guides have, for many years, accurately described migratory bird species' geographic ranges, including where they

---

[1] Carl Zimmer, "Birds Are Vanishing from North America," *N.Y. Times* (Sept. 19, 2019), https://www.nytimes.com/2019/09/19/science/bird-populations-america-canada.html

breed and winter, and their migratory routes in between. Field guides typically include range maps. The plaintiff states' complaint accurately describes, in paragraphs 8 and 13-21, how large numbers of the birds that nest, winter or migrate through their respective territories, go elsewhere at other times of the year.

7.      As noted in the states' complaint, during migration birds tend to follow geographic corridors referred to as flyways, which are generally oriented north-south. Flyways often follow features such as ocean coastlines (the Atlantic and Pacific flyways), mountain range fronts (the Central flyway), or river systems (the Mississippi flyway). Within these flyways, birds rely on food sources, winds or thermals to ride, and other geographic features that may assist in navigation, and flyways represent the shortest or safest way to travel between breeding and wintering grounds. Flyways are not concentrated or rigidly defined like railroads or highways. Exactly where birds travel along them can be affected by wind and weather conditions, food availability and other factors. Not all migration follows the major flyways. Some birds, such as American golden plover, may nest in Alaska but migrate to and through the Atlantic Coast in fall and back north through the Central United States in spring. Other species move at different seasons between elevations, move in search of unfrozen water, or disperse toward favored wintering grounds to the east or west.

8.      Ornithologists and even casual birders have long known where various species are likely to breed or winter, the migratory routes they tend to follow in between, and when they normally arrive at or depart from breeding or wintering

grounds.  For species that nest in the United States, but winter in the Caribbean, Central America or South America, less information has historically been available concerning the wintering part of their lifecycles.  However, modern technology including GPS and tiny transmitters and data recorders that can be affixed to birds, banding programs, and the aggregation and sharing of data by government agencies, NGOs, academic institutes and birders who engage in citizen science, aided by the internet, have over the last 20 years greatly enhanced our understanding of American birds' year-round ranges.  The Cornell Lab manages an information platform, which it has developed in collaboration with hundreds of partner organizations, thousands of regional experts, and hundreds of thousands of users, called eBird, "the world's largest biodiversity-related citizen science project, with more than 100 million bird sightings contributed each year by eBirders around the world."[2]  The platform, which can be accessed at https://ebird.org, provides easy access to millions of bird observations by species, location and date.

### Some Illustrative Maps of North American Landbird Migration

9.    One important study of bird migration in which I participated was conducted by a consortium called Partners in Flight ("PIF"), a network of more than 150 partner organizations distributed throughout the Western Hemisphere that engages in all aspects of landbird conservation, from science, research, planning, and policy development, to land management, monitoring, education, and outreach.  The 2006 study, entitled "Making Connections for Bird Conservation: Linking States,

---

[2] "About eBird," *eBird* (last accessed Dec. 12, 2019), https://ebird.org/about

Provinces & Territories to Important Wintering and Breeding Grounds," developed maps to illustrate the strength of connections between each U.S. state and Canadian province, which show (1) where certain of each state or province's breeding landbirds spend the winter, and (2) for 18 states, where certain of those states' wintering landbirds return to breed.  Both sets of maps focused on "species of high conservation importance."[3]

10.    The purpose of the study was not to present comprehensive range maps, but rather to plot the strength of geographic links between the states and provinces where species of high conservation importance breed or winter and the other areas where those species spend time during their lifecycles.  This information, in turn, was intended to help states and provinces, and their conservation and bird organizations, work with other governments and organizations to conserve and protect shared species that warrant protective efforts.

11.    I co-authored the study with 10 others, including three employees of the U.S. Fish and Wildlife Service.  The study can be found at:

https://www.partnersinflight.org/wp-content/uploads/2017/03/PIF-Technical-Series-04-Making-ConnectionsText.pdf.

---

[3] The determination of what constitutes a "species of high conservation importance" for purposes of the study was made on a state by state (or province by province) basis, using a complex but highly standardized scoring system.  Briefly, a species may be "important" for a number of reasons: for example, because it is of concern throughout its range; because it is declining or highly threatened within a specific state or province; or because a high percentage of the population occurs within that state or province, even if it is not of high concern in that state or province.

12.     For ease of reference I have attached a sample of the maps generated by the study that show the strength of connections between the U.S. states or Canadian provinces and the areas where their breeding landbirds of high conservation importance spend the winter ("Winter Links") as Exhibit B.  I have also attached the maps showing the strength of connections between 18 states where birds of high conservation importance spend the winter and the areas in which those species breed ("Breeding Links") as Exhibit C.  These maps do not reflect the migratory pathways of waterfowl, colonial waterbirds, or coastally restricted shorebirds.  Nor do they reflect the hundreds of millions of migratory landbirds that nest in the United States and Canada that do not meet PIF's definition of species of high conservation importance.  That broader body of information can be found in popular field guides or at eBird.  Rather, for the selected species:

> [The] maps . . . summarize migratory connections between individual U.S. states, Canadian provinces & territories and the regions that support the same birds at the other end of migration.  The maps give a general picture of where birds go, providing a starting point for targeting action.  With this information in hand, decision-makers can explore partnerships and mechanisms that would help further conservation action outside their borders.

13.     For the covered species, the maps pointedly illustrate the extent to which the subject species move and disperse across and beyond state and international lines.  To take two examples, below is the "Wyoming Winter Links" map generated by the study, which shows where birds of conservation importance that breed in Wyoming migrate for the winter:



This illustrates how Wyoming and two of the plaintiff states, New Mexico and California, strongly share bird populations.

14. Illustrating the flip side of migration, for example, the "New Mexico Breeding Links" map generated by the study shows where birds of high conservation importance that *winter* in New Mexico migrate for the breeding season.



New Mexico Breeding Links
(10 priority species)
■ Strong
▢ Weak

15.    Thus, particular states, provinces and locally based organizations may take various actions to protect birds when they are within their respective territories, but must ultimately rely on the protections provided under federal and international laws, and transboundary conservation efforts, to protect the birds when they undertake their sometimes epic migrations to places thousands of miles away. Accordingly, weakening such federal protections has a devastating effect on states' efforts to protect birds within the states' own geographical boundaries and, in turn, on the many residents of those states who enjoy birdwatching and otherwise benefit from abundant bird populations in the areas in which they live and recreate.  Indeed, given the ongoing and steep decline in migratory bird populations—as documented

in the recent study which I co-authored—it is vitally important that comprehensive efforts to protect birds be strengthened rather than weakened.

16.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 10, 2020
                    Ithaca, New York

_____
     Kenneth V. Rosenberg, Ph.D.

# EXHIBIT A

## CURRICULUM VITAE:  KENNETH V. ROSENBERG (December 2019)

*Address*: Cornell Lab of Ornithology, 159 Sapsucker Woods Rd, Ithaca NY, 14850
*Telephone*: (607) 254-2412;' (607) 342-4594 (cell)
*E-mail*: kvr2@cornell.edu

## EDUCATION

*B.S.*   June 1976; Wildlife Science, Environmental Education; Cornell University, Ithaca NY,
*M.S.*   December 1980; Zoology; Arizona State University, Tempe AZ,

*Ph.D.*  December 1990; Department of Zoology and Physiology; Louisiana State University, Baton
Rouge, LA.  *Dissertation title:* "Dead-leaf foraging specialization in tropical forest birds".
*Advisor:* Dr. J. V. Remsen, Jr.  *Minor*:  Entomology

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2011 to present | Senior Research Associate; Applied Conservation Scientist, Cornell Lab of Ornithology |
| 2016 to present | *Science to Action* Partnership Director, American Bird Conservancy |
| 2000 to 2010 | Director, Conservation Science Program, Cornell Lab of Ornithology |
| 1996 to 2000 | Assistant Director, Conservation Science, Cornell Lab of Ornithology |
| 1993-1996 | Chief Scientist, Bird Population Studies, Cornell Lab of Ornithology |
| 1993 | Postdoctoral Fellow; Laboratory of Molecular Systematics, Smithsonian Institution |
| 1991 | Instructor, Organization for Tropical Studies, Costa Rica |
| 1991-1992 | Visiting Assistant Professor, Tulane University |
| 1990-1991 | Ornithologist, Louisiana Nature Conservancy |
| 1984-1985 | Research Technician, USDA National Forest Service, Redwood Sciences Laboratory, Arcata CA (GS-7) |
| 1982-1984 | Research Aide, Department of Forestry, Univ. of California, Berkeley CA |
| 1976-1982 | Field Research Biologist, Department of Zoology and Center for Environmental Studies, Arizona State University, Tempe AZ |

**TEACHING EXPERIENCE and STUDENTS ADVISED**

2018-Present    PhD Committee Ad Hoc Member; Anna Lello-Smith, Department of Natural Resources, Cornell University; Dissertation title, *(Avian response to pasture regeneration in the Maya Biosphere Reserve, Guatemala).*

2013-2018    PhD Committee Member; Ruth Bennett, Department of Natural Resources, Cornell University; Dissertation title, *Nonbreeding Ecology and Conservation of Migratory Landbirds with a Focus on the Golden-winged Warbler, Vermivora chrysoptera.*

2010-2014    PhD Committee Member; Ashley Dayer, Department of Natural Resources, Cornell University; Dissertation title, *Advancing the Study of Private Landowner Behavior: Understanding Early Successional Forest Habitat Management.*

1991-1992    Visiting Assistant Professor; Department of Ecology, Evolution, and Organismal Biology, Tulane University. "Tropical Ecology", "Conservation Biology," "Population Biology", "General Ecology - Laboratory."

1991    Instructor, Organization for Tropical Studies, Costa Rica; "Tropical Biology".

1989    Teaching assistant:  Department of Zoology and Physiology, Louisiana State University. "Ornithology".

**RESEARCH EXPERIENCE**

2016-present    Collaborative research on stopover biology of Neotropical migrants in northern Colombia and Central America; co-directed Neotropical Flyways Project to identify major stopover sites and habitats in northern South America and Central America; development and implementation of survey protocols for migrants; use banding and tracking technology to assess importance of stopover sites and habitats; co-authored 6 peer-reviewed publications from this project to date.

2016-present    Collaborative research on conservation status, vulnerability to extinction, and net population change in (primarily) North American birds. Synthesize science used to develop Partners in Flight Avian Conservation Assessment Database and conservation plans and State of the Birds reports; publish methods and results in peer-reviewed journals with teams of co-authors in U.S. and Canada, including *Science*: 10.1126/science.aaw1313 (2019).

2012-present    Collaborative research to apply results of eBird species distribution modeling to address biological and conservation questions. Co-author on several publications, with Cornell Lab of Ornithology Information Science and other interested ornithologists and computer scientists.

2011-present    Research and data synthesis on wintering distribution and natural history of Neotropical migrants. Includes compilation of historic specimen and other reports on species distribution, development of winter distribution models using historic data and eBird, refining non-breeding distribution maps, and collaboration on field research projects on wintering migrants in Central and South America and the Caribbean.

2

| | |
|---|---|
| 1999-2018 | Collaborative research and full life-cycle conservation planning for Golden-winged Warbler (GWWA); including Project Director for GWWA Atlas Project and P.I. for NFWF-funded *GWWA Conservation Initiative*, and follow-up grants. Development of conservation plans and management guidelines for GWWA, including wintering grounds conservation plan; advising PhD student Ruth Bennett and collaborating on publications. |
| 1995-2016 | Chair of Partners in Flight Science Committee, which oversees applied research and data synthesis on the conservation of North American landbirds. Development and writing of Partners in Flight bird conservation plans at continental and regional scales, including working with partners in Mexico and Canada on Tri-national bird conservation strategy. Recently led effort for 10-year revision of PIF North American Landbird Conservation Plan (2016). |
| 2008-2013 | Member of research team for NSF Expeditions in Computing award *Computational Sustainability*; with Cornell Computer Science Dept. and Cornell Lab's Information Science. Collaborative research on species distribution and habitat modeling, using eBird data, to develop optimal conservation strategies. Application of eBird modeling to U.S. State of the Birds Report and similar applied conservation efforts. |
| 2005-2012 | Collaborative research on the use of acoustic recording techniques for monitoring bird populations and studying bird migration, with Dr. Andrew Farnsworth and CLO Bioacoustics Research Program. Includes research on flight calls of nocturnal migrants, applications of novel acoustic tools for monitoring breeding populations, and assessing risk to migratory birds and bats in relation to wind-power development. |
| 2005-2009 | Collaborative research effort to determine status of Ivory-billed Woodpecker, following rediscovery in Arkansas; direct CLO search efforts with Ron Rohrbaugh and Dr. Martjan Lammertink; co-chair of biology working group for IBWO endangered species recovery team. |
| 2004-2010 | Collaborative assessment of avian conservation status and risk in Mexico; with Eduardo Inigo as part of Neotropical bird conservation program; with CONABIO and International Partners in Flight science committee. Completed document in May 2010: *Saving our Shared Birds: the Partners in Flight Tri-National Vision*. |
| 2003-2005 | Collaborator and participant in biological inventory and conservation training in Humboldt National Park region of Cuba; with Chicago Field Museum, MacArthur Foundation; with Eduardo Inigo as part of conservation science program at CLO. |
| 1996-2010 | Project director and P.I. for Birds in Forested Landscapes Project. Investigating effects of forest fragmentation and habitat structure on forest-breeding birds. Design and implementation of citizen-science protocols, oversee analysis of data, production of management guidelines; oversee collaborative research on risks to forest birds from atmospheric pollution and mercury contamination. |
| 1997-2008 | Collaborative research on habitat requirements and population status of Cerulean Warbler; Project director for Cerulean Warbler Atlas Project. Supervision of up to 10 field biologists; development of conservation guidelines for the species; member |

3

|  | of Cerulean Warbler Technical Committee, with agency, academic, forestry and mining industry to develop pro-active conservation strategy. |
|---|---|
| 1993 | Laboratory study of genetic differentiation in South American antbirds (Formicariidae), using allozyme electrophoresis; Smithsonian post-doctoral fellowship, under direction of Dr. Michael J. Braun, Laboratory of Molecular Systematics. |
| 1991 | Member of 2-month, joint Ornithological and Entomological research expedition to Pacaya-Samiria reserve, northern Peru; under direction of Terry L. Erwin (Smithsonian Institution) and Museo Historia Natural Javier Prada, Lima. |
| 1987-1991 | Seasonal inventories of migratory shorebirds and other birds in rice-growing agricultural regions of southern Louisiana; under jurisdiction of U.S. Fish and Wildlife Service, and Louisiana Nature Conservancy. |
| 1987-1989 | Original field research for doctoral dissertation; spent total of 10 months in 3 field seasons at Tambopata Reserve in southeastern Peru; behavioral observations of birds, vegetation and arthropod sampling, field experiments on wild-caught birds and arthropods.  Supervised two field assistants. |
| 1986 | Participant on 3-month expedition to Department of Pando, Bolivia, for LSU Museum of Natural Science:  behavioral observation of Amazonian forest birds (for doctoral dissertation), specimen collection and preparation. |
| 1985 | Participant on 3-month expedition to Andes of central Peru, for LSU Museum of Natural Science:  specimen collection and preparation, behavioral observation of Andean birds. |
| 1982-1985 | Inventories of birds, mammals, and herps in Douglas-fir forests in northwestern California; data analysis, writing (while employed at U. C. Berkeley and U. S. Forest Service, under Drs. Martin G. Raphael and C. John Ralph. |
| 1977-1978 | Original field study for Master's Thesis: "Breeding-bird community organization in a desert riparian forest"; along lower Colorado River in Arizona. |
| 1976-1981 | Inventories of birds and small mammals and vegetation sampling in riparian habitats in southwestern USA; data analysis (while employed at Arizona State University, under Drs. Bertin W. Anderson and Robert D. Ohmart). |
| 1974 | Field Assistant for study on insectivorous birds in Rocky Mountain National Park, Colorado (under Ph.D. candidate Robert C. Eckhardt). |

## PROFESSIONAL SOCIETIES

American Ornithologists' Society (Union): (Elective member, 2002; Fellow, 2008; Council, 2011-2014;
    AOU/AOS Conservation Committee, 2015-present)
Association of Field Ornithologists (Councilor, 1994-1997; Skutch Award Committee)
Ecological Society of America
Society for Conservation Biology

The Wildlife Society (President, Cornell University student chapter, 1975-1976)
Wilson Ornithological Society
Neotropical Ornithological Society

## RECENT SYNERGISTIC ACTIVITIES

***American Bird Conservancy Science to Action Partnership***: Beginning in July 2016, lead a jointly funded partnership initiative between Cornell Lab of Ornithology and American Bird Conservancy with goals to link cutting edge conservation science at Cornell Lab with on-the-ground projects, reserves and landscapes throughout the Americas. Specific focus areas include refinement and prioritization of ABC Birdscapes, use of eBird data and models to inform conservation actions and design monitoring, and synthesis of data on bird population status to develop unified messaging for conservation.

***North American Bird Conservation Initiative***: U.S. National Committee member, representing Cornell Lab of Ornithology on high-level forum to set and implement national bird conservation priorities. Participate in consultations with directors of federal and state wildlife and land management agencies regarding U.S. conservation policy, bird monitoring, human dimensions of bird conservation, and production of U.S. *State of the Birds* Reports.

***U.S. State of the Birds Report***: Currently Chair of U.S. NABCI's *State of the Birds Reports* (SOTB) Subcommittee, and science team, conducting analysis, scientific synthesis, writing and editing, for 8 reports since the first SOTB presented to Secretary of Interior in March 2009; co-lead for 2016 Tri-national *State of North America's Birds Report* with Canada and Mexico. The latest Report in 2019j used the' 3 billion birds lost' results to highlight the importance of U.S. state wildlife agencies to recovering bird populations. Also conduct scientific and media outreach for State of the Birds Reports and messages, and participation in Congressional briefings.

***AOS Conservation Committee***:  Member of recently reinvigorated committee (Formerly AOU Conservation Committee), with goals of highlighting major conservation issues of relevance to the academic community, conducting 'horizon scanning' to identify future issue, publishing annual reports in *Condor* (e.g. science versions of SOTB), and interfacing with other conservation implementation and policy bodies such as PIF and NABCI.

***Partners in Flight International Science Committee***: Chaired PIF SC from 2004 to 2016; Recently completed 10-yr revision of *PIF North American Landbird Conservation Plan* in 2016, and publishing results in peer-reviewed journals; technical development and review of PIF Species Assessment Process and Database; lead PIF's efforts to refine population estimates for North American birds; author *North American Landbird Conservation Plan (2004)*, *Saving Our Shared Birds: PIF Tri-National Vision for Landbird Conservation (2010)* with Mexico and Canada, and numerous technical reports on bird conservation topics.

## FELLOWSHIPS AND AWARDS

| | |
|---|---|
| 1985-1988 | Alumni Federation Fellowship, Louisiana State University |
| 1986 | Charles M. Fugler Fellowship for studies in Tropical Biology, LSU Museum of Natural Science |
| 1989 | Marcia Brady Tucker travel award, American Ornithologists' Union |

| | |
|---|---|
| 1992-1993 | Smithsonian Postdoctoral Fellowship |
| 2002 | Partners in Flight Award: "Outstanding Long-term Contribution to Bird Conservation." Presented by US. Fish and Wildlife Service. |
| 2008 | Eugene Eisenmann Medal for contributions to scientific ornithology and encouragement of amateurs: Linnaean Society of New York. |
| 2010 | Partners in Flight National Bird Conservation Award to U.S. State of the Birds Science Team for 2009 and 2010 reports. Presented by Direcrtor, U.S. Fish and Wildlife Service. |
| 2012 | Partners in Flight Leadership Award: Outstanding Contribution to Bird Conservation. Presented by Director, U.S. Fish and Wildlife Service. |
| 2018 | Fellow, Atkinson Center for Sustainability, Cornell University. |

## GRANT SUPPORT (P.I., Co-P.I., or Senior Personnel)

| | |
|---|---|
| 1988-1989 | National Science Foundation Doctoral Dissertation Improvement Grant |
| 1996-1998 | Birds in Forested Landscapes. National Fish and Wildlife Foundation. **$95,100** |
| 1997-1999 | Cerulean Warbler Atlas Project.  US Fish and Wildlife Service grants:  **$100,000** |
| 2000-2003 | Birds in Forested Landscapes/ Citizen Science Partnership.  US Forest Service Cost-share Agreement:  **$375,000** |
| 1999-2000 | Population status and management options for the Golden-winged Warbler. National Fish and Wildlife Foundation. **$14,812** |
| 2001-2006 | Golden-winged Warbler Atlas Project. U.S. Fish and Wildlife Service grants **$95,000** |
| 2001-2002 | Conservation Status Assessment and Prioritization of Mexican Birds: Towards a North American Perspective. *North American Fund for Environmental Cooperation (NAFEC), Commission for Environmental Cooperation (CEC)* **$15,700**. |
| 2002-2005 | Avian Risk Assessment: Environmental Protection Agency cooperative agreement: **$290,000** |
| 2002-2004 | Bird Trade and Bird Conservation in Mexico: an assessment of the live bird trade with psittaciformes (parrots and macaws) and passeriformes (orioles, buntings, sparrows and thrushes) *TRAFFIC-World Wildlife Fund*. **$62,000** |
| 2003-2004 | Species Assessment of resident and migratory birds in Mexico. National Fish and Wildlife Foundation. **$50,000** |

| 2004 | Ebird Mexico (aVerAves) Project. *Comision Nacional para el Conocimiento y Uso de la Biodiversidad (CONABIO)* **$20,000** |
|---|---|
| 2004-2005 | Stepping down PIF priorities and objectives to U.S. States. International Association of fish and Wildlife Agencies. **$7,800** |
| 2005 | Developing an Ivory-billed Woodpecker Sightings Response Team. U.S. Fish and Wildlife Service. **$75,000** |
| 2005-2006 | Elucidating the Effects of Acid Rain & Mercury Deposition on Forest- Breeding Terrestrial Bird Diversity in New York State. NYS Biodiversity Research Institute. **$32,835** |
| 2005-2006 | Linking Mexico's Key Regions and Sites for Neotropical Migratory Birds of Conservation Concern. U.S. Fish & Wildlife Service Neotropical Migratory Bird Conservation Grant. **$20,000** |
| 2005-2006 | Avian studies at proposed wind-farm sites on Mount Pleasant, Tompkins Co., NY. Cornell University Utilities Dept. **$78,643** |
| 2005-2006 | Golden-winged Warbler surveys in Minnesota. Ruffed Grouse Society. **$12,000** |
| 2005-2006 | Developing a bird-monitoring metadata registry.  USGS-NBII Bird Conservation Node.  **$24,496** |
| 2005-2007 | Cerulean Warbler Conservation Initiative. National Fish and Wildlife Foundation (collaborative grant to National Council for Air and Stream Improvement. CLO funds **$45,000** |
| 2005-2008 | DOD/Legacy Program: Migratory bird monitoring using automated acoustic and Internet technologies: **$560,000** |
| 2005-2008 | MacArthur Foundation: training and monitoring for biodiversity conservation and natural resource management in Cuba. **$353,116** |
| 2006 | Focal Species Monitoring using eBird. U.S. Fish and Wildlife Service grants. **$40,000** |
| 2006 | Next Generation Acoustic Monitoring Technology for detecting Ivory-billed Woodpeckers. U.S. Geological Survey.  **$162,000** |
| 2006 | Using Technology to Augment Ivory-billed Woodpecker Searches in AR and Key States Within the Historic Range. U.S. Fish and Wildlife Service. $**238,000** |
| 2006-2008 | Regional model for development and implementation of a comprehensive bird monitoring framework. International Association of fish and Wildlife Agencies. Multistate grant to American Bird Conservancy ($515,292); CLO portion **$90,000** |
| 2006-2008 | Assessing The Ecological Health Of New York Forests: Using Birds To Advance Conservation. NYS Biodiversity Research Institute. **$29,000** |

| 2006-2008 | Unraveling the Effects of Mercury Deposition and Acid Rain on Forest-Breeding Bird Species in New York. USDA. **$90,000** |
|---|---|
| 2006-2009 | Citizen Science: Development and Dissemination of a Model for Program Developers. National Science Foundation – ISE. **$250,000** |
| 2007-2011 | Golden-Winged Warbler Range-Wide Conservation Initiative. National Fish and Wildlife Foundation. Four separate awards, totaling **$900,000** |
| 2007-2008 | MacArthur Foundation: Training for Biodiversity in Cuba and Hispaniola**. $560,000** |
| 2008-2011 | MacArthur Foundation: Training and Monitoring for Biodiversity Conservation in Cuba and Hispaniola. **$475,000** |
| 2008-2011 | NSF Expeditions in Computing: Computational Sustainability. Senior Personnel on award to Carla Gomes, Cornell Computer Science (summer salary support). **$10 M.** |
| 2009-2011 | Levy Foundation gift: Avian Research for Conservation. Conservation Science portion for Forest Health, Acoustic Monitoring. **$519,000** |
| 2009-2010 | Mineral Management Service sole source contract for Automated Analysis of Bird Vocalization Recordings. **$275,000** |
| 2009-2011 | Assisted with acquisition of several large gifts for Neotropical and other conservation science initiatives from Wolf Creek Foundation and private donors, totaling more than **$1.8 M**. |
| 2010 | Department of Defense Legacy Program, Migratory Bird Monitoring Using Automated Acoustic Technologies. **$147,000** |
| 2010-2013 | Species Distribution modeling for priority birds on BLM lands. Contract with Bureau of Land Management to Cons Sci. and Information Sci.  **$40,000** |
| 2010-2012 | Golden-winged Warbler Wintering Ground Conservation. USFWS**. $44,000** |
| 2010-2014 | Autonomous Acoustic Monitoring of Bird Populations at Off-Shore Wind Sites. Subcontract with Normandeau, Inc. under grant from Bureau of Oceans Management and Regulation. **$1,613,830** |
| 2011-2013 | Synthesis of Acoustic and Observational Bird Data for Risk Assessment at Wind-Power Sites. Subcontract to The Nature Conservancy under grant from NYSERDA. **$160**,830. |
| 2011-2015 | Species Distribution Modeling of Priority Bird Species on Bureau of Land Management Lands to Determine Stewardship Responsibility for Conservation Planning. US BLM. **$40,000**. |
| 2012-2013 | Golden-winged Warbler Breeding Ground Monitoring and Wintering Ground Conservation. USFWS**. $46,000.** |

| 2013-2014 | Video Production for U.S.-Mexico Grassland Bird Conservation. Rocky Mountain Bird Observatory. **$29,268**. |
| --- | --- |
| 2013-2015 | Wintering Grounds Conservation Plan for Golden-winged Warbler. USFWS**. $128,569**. (multiple awards) |
| 2015-2016 | Mapping Non-breeding Ranges of Neotropical Migratory Birds. Environment Canada contract with Matt Shumar. **$19,000** (direct contract from EC to Shumar, but I am listed as PI). |
| 2016-2020 | Neotropical Flyways Project. SELVA: Investigación para la Conservación en el Neotropico. **$175,500** (funding raised through 2019, mostly going directly to SELVA (PI Nick Bayly) from various sources) |

## PEER-REVIEWED PUBLICATIONS

**Rosenberg, K. V**. and G. H. Rosenberg.  1979.  First documented record of Sparkling-tailed Hummingbird from Sinaloa, Mexico.  Continental Birdlife 1:57-61.

Engel-Wilson, R. W., A. K. Webb, **K. V. Rosenberg,** R. D. Ohmart, and B. W. Anderson.  1981.  Avian censusing with the strip method:  a computer simulation.  Pp. 445-449 *in* Estimating numbers of terrestrial birds (C. J. Ralph et al., eds.). Studies in Avian Biology 6.

**Rosenberg, K. V**., R. D. Ohmart, and B. W. Anderson.  1982.  Community organization of riparian breeding birds: response to annual resource peak.  Auk 99:260-274.

Raphael, M. G. and **K. V. Rosenberg**.  1983.  An integrated approach to wildlife inventories in forested habitats.  Pp. 219-222 *in* Renewable resource inventories for monitoring changes and trends (J. F. Bell and T. Atterbury, eds.).  College of Forestry, Oregon State University, Corvallis OR.

Klein, N. K. and **K. V. Rosenberg**.  1986.  Feeding of Brown-headed Cowbird fledglings by more than one "host" species.  Auk 103:213-214.

**Rosenberg, K. V**. and M. G. Raphael.  1986.  Effects of forest fragmentation on vertebrates in Douglas-fir forests.  Pp. 263-272 *in* Wildlife 2000:  Modelling habitat relationships of terrestrial vertebrates (J. Verner et al., eds.).  University of Wisconsin Press.

**Rosenberg, K. V**., S. B. Terrill, and G. H. Rosenberg.  1987.  Value of suburban habitats to desert riparian birds.  Wilson Bull. 99:642-654.

Raphael, M. G., **K. V. Rosenberg**, and B. G. Marcot. 1988.  Largescale changes in bird populations of Douglas-fir forests, northwestern California.  Bird Conservation 3:63-83.

**Rosenberg, K. V**.  1990.  Dead-leaf foraging specialists in tropical forests:  measuring resource availability and use.  *In* Avian foraging: theory, methodology, and applications (M. L. Morrison et al., eds.). Studies in Avian Biology 13:360-368.

**Rosenberg. K. V.** and R. J. Cooper.  1990.  Approaches to avian diet analyses.  *In* Avian foraging: theory, methodology, and applications (M. L. Morrison et al., eds.).  Studies in Avian Biology 13:80-90.

Hackett, S. J. and **K. V. Rosenberg.**  1990.  Comparison of phenotypic and genetic differentiation in South American antwrens (Formicariidae). Auk 107:473-489.

**Rosenberg, K. V.**, R. D. Ohmart, W. C. Hunter, and B. W. Anderson.  1991.  Birds of the lower Colorado River Valley.  University of Arizona Press, Tucson AZ. 416 pp.

Remsen, J. V., Jr., M. M. Swan, S. W. Cardiff, and **K. V. Rosenberg.**  1991.  A late winter bird census in the rice-growing country of south-central Louisiana.  J. Louisiana Ornithol. 1:35-47.

Chapman, A. and **K. V. Rosenberg.**  1991.  Diets of four sympatric Amazonian woodcreepers (Dendrocolaptidae). Condor 93:904-915.

**Rosenberg, K. V.**  1993.  Diet selection in wild and captive antwrens: Consequences of substrate specialization. Auk 110: 361-375.

Wells, J. V., **K. V. Rosenberg**, D. L Tessaglia, and A. A Dhondt. 1996. Population cycles in the varied thrush (*Ixoreus naevius*). Canadian J. Zoology.

Franzreb, K. E., and **K. V. Rosenberg**.  1997.  Are forest songbirds declining? Status assessment from the Southern Appalachians and Northeastern forests. Trans. 62nd North American Wildlife and Natural Resource Conference: 264-279.

**Rosenberg, K. V.**  1997.  Ecology of dead-leaf foraging specialists and their contribution to Amazonian bird diversity.  Ornithol. Monogr. 48:673-700.

Wells, J. V., **K. V. Rosenberg**, E. H. Dunn, D. L. Tessaglia, and A. A. Dhondt.  1998.  Spatial and temporal variation in winter abundance of resident birds: the contribution of backyard feeder counts.  J. Field Ornithology 69:577-586

**Rosenberg, K. V.**, J. D. Lowe, and A. A Dhondt.  1999.  Forest fragmentation and breeding tanagers: a continental perspective.  Conservation Biology 13:568-583.

Hochachka, W. M., J. V. Wells, **K. V. Rosenberg**, D. L. Tessaglia-Hymes, and A. A. Dhondt.  1999.  Irruptive migration of Common Redpolls. Condor 101:195-204.

Wells, J. V. and **K. V. Rosenberg**.  1999. Grassland bird conservation in eastern North America. In Vickery, P and J. Herkert (Eds.).  Ecology and conservation of grassland birds in the western hemisphere. Studies in Avian Biology 19.

**Rosenberg, K. V** and J. V. Wells.  2000.  Global perspectives on Neotropical migrant conservation in the Northeast: Long-term responsibility vs. immediate concern. *In* R. E. Bonney, D. Pashley, R. J. Cooper, and L. Niles (Eds.). Strategies for bird conservation: The Partners in Flight Planning Process; Proceedings of the 3rd Partners in Flight Workshop; RMRS-P-16. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 281 p.

Evans, W. R. and **K. V Rosenberg**.  2000.  Using nocturnal flight calls to monitor Neotropical migratory birds.  *In* R. E. Bonney, D. Pashley, R. J. Cooper, and L. Niles (Eds.). Strategies for

bird conservation: The Partners in Flight Planning Process; Proceedings of the 3rd Partners in Flight Workshop; RMRS-P-16. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 281 p.

Carter, M. F., W. C. Hunter, D. N. Pashley, and **K. V. Rosenberg**. 2000.  Setting conservation priorities for landbirds in the United States: the partners in flight approach.  Auk 117:541-548.

Hames, R. S., **K. V. Rosenberg**, J. D. Lowe, and A. A. Dohndt.  2001.  Site reoccupation in fragmented landscapes: testing predictions of metapopulation theory. Journal of Animal Ecology 70:182-190.

Hames, R. S., **K. V. Rosenberg**, J. D. Lowe, S. E. Barker And A. A. Dhondt. 2002. Effects of forest fragmentation on North American tanager and thrush species in eastern and western North America. Studies in Avian Biology 25:81-91

Donovan, T. M., C. J. Beardmore, D. N. Bonter, J. D. Brawn, R. Cooper, R. Ford, J. A. Fitzgerald, S. A. Gauthreaux, T. L. George, W. C. Hunter, T. E. Martin, J. Price, **K. V. Rosenberg,** P. D. Vickery, and T. B. Wigley.  2002. Priority research needs for the conservation of Neotropical migrant landbirds. Journal of Field Ornithology 73:329-339.

Hames, R. S., **K. V. Rosenberg**, J. D. Lowe, S. E. Barker, and A. A. Dhondt.  2002.  Adverse effects of acid rain on the distribution of the Wood Thrush *Hylocichla mustelina* in North America. Proc. National Academy Sci. 99:11235-11240.

Mehlman, D. W., **K. V. Rosenberg**, J. V. Wells, and B. Robertson.  2004.  A comparison of North American avian conservation priority ranking systems.  Biol. Conservation 120:383-390.

**Rosenberg, K. V**. and J. V.  Wells.  2005.  Conservation Priorities for terrestrial birds in the northeastern United States.  Bird Conservation Implementation and Integration in the Americas: Proceedings of the Third International Partners in Flight Conference 2002 (C.J. Ralph and T.D. Rich,  eds.). U.S.D.A. Forest Service, PSW-GTR-191, Albany, CA.

**Rosenberg, K. V** and P. J.  Blancher.  2005. Setting numerical population objectives for priority landbird species.  Bird Conservation Implementation and Integration in the Americas: Proceedings of the Third International Partners in Flight Conference 2002 (C.J. Ralph and T.D. Rich,  eds.). U.S.D.A. Forest Service, , PSW-GTR-191, Albany, CA.

Hamel, P. B., **K. V. Rosenberg**, and D. A. Buehler.  2005.  Is management for golden-winged warblers and cerulean warblers compatible?  Bird Conservation Implementation and Integration in the Americas: Proceedings of the Third International Partners in Flight Conference 2002 (C.J. Ralph and T.D. Rich, eds.). U.S.D.A. Forest Service, PSW-GTR-191, Albany, CA.

Dunn, E. H., C. M. Francis, P. J. Blancher, S. R. Drennan, M. A. Howe, D. LePage, C. S. Robbins, **K. V. Rosenberg**, J. R. Sauer, and K. G. Smith.  2005.  Enhancing the scientific value of the Christmas Bird Count. Auk 122:338-346.

Fitzpatrick, J. F., M. Lammertink, M.D. Luneau, T. W. Gallagher, B. R. Harrison, G. M. Sparling,  **K. V. Rosenberg**, R. W. Rohrbaugh, E. C. H. Swarthout, P. H Wrege, S. B. Swarthout, M. S. Dantzker, R. A. Charif, T. R. Barksdale, J. V. Remsen, Jr., S. D. Simon, and D. Zollner.  2005.

Ivory-billed woodpecker (Campephilus principalis) persists in continental North America. Science 308:1460-1462.

Charif, R. A.,  K. A. Cortopassi,  H. K. Figueroa,  J. W. Fitzpatrick,  K. M. Fristrup,  M. Lammerink,  M. D. Luneau, Jr.,  M. E. Powers,  **K. V. Rosenberg.**  2005. Notes and double knocks from Arkansas. (in Letters). *Science* 309: 1489.

**Rosenberg, K. V.,**  R. W. Rohrbaugh, M. Lammertink.  2005.  An overview of Ivory-billed Woodpecker *(Campephilus principalis)* sightings in eastern Arkansas in 2004-2005. North American Birds 59: 198-207.

Hames, R. S., J. D. Lowe, S. Barker Swarthout and **K. V. Rosenberg.**  2006. Understanding the Risk to Neotropical Migrant Bird Species of Multiple Human-Caused Stressors:  Elucidating Processes Behind the Patterns. Ecology and Society 11 (1): 24. [online] URL: http://www.ecologyandsociety.org/vol11/iss1/art24/.

Isler, M. L., D. L. Lacerda, P. R. Isler, S. J. Hackett**, K. V. Rosenberg**, and R. T. Brumfield.  2006. *Eprinecrophylla,* new genus of antwrens (Aves: Passerifomes: Thamnophilidae). Proceedings of the Biological Society of Washington 119:522-527.

Hamel, P.B., **and K.V. Rosenberg**. 2007.  Breeding Habitat Management Guidelines for Cerulean Warbler.  15th Central Hardwood Forest Conference, 27 February – 1 March, 2006, Knoxville, Tennessee.  pp. 364-374. IN: Buckley, David S.; Clatterbuck, Wayne K., eds. 2007. Proceedings, 15th central hardwood forest conference. e-Gen. Tech. Rep. SRS 101. U.S. Department of Agriculture, Forest Service, Southern Research Station. 770 p.

Buehler, D. A, A. M. Roth, R. Vallender, T. C. Will, J. L. Confer, R. A. Canterbury, S. Barker Swarthout, **K. V. Rosenberg**, and L P. Bullock. 2007.  Status and Conservation priorities of Golden-winged Warblers (Vermivora chrysoptera) in North America. Auk 124:1-7.

Brumfield, R. T., J. G. Tello, Z. A. Cheviron, M. D. Carling, N. Crochet, and **K. V. Rosenberg**.  2007. Phylogenetic conservatism and antiquity of a tropical specialization: Army-ant following in the typical antbirds (Thamnophilidae). Molecular Phylogenetics and Evolution 2619:1-13, doi:10.1016/ j.ympev.2007.07.019.

Butcher, G.S., D.K. Niven, A.O. Panjabi, D.N. Pashley, and **K.V. Rosenberg**. 2007. WatchList: The 2007 WatchList for United States Birds. American Birds 61:18-25.

Scott, J. M., F. Ramsey, M. Lammertink, **K. V.  Rosenberg**, R. Rohrbaugh, J. Wiens, J. M. Reed. 2008.  When is an "Extinct" Species Really Extinct? Gauging the Search Efforts for Hawaiian Forest Birds and the Ivory-billed Woodpecker. Avian Conservation and Ecology. <http://www.ace-eco.org/>http://www.ace-eco.org/

**Rosenberg, K.V.** and M.F. Burger.  2008. Conservation of New York's Breeding Birds. In The Second Atlas of Breeding Birds in New York State (K.J. McGowan and K. Corwin, eds.). Cornell University Press, Ithaca, NY.

Barker Swarthout, S., **K. V. Rosenberg**, T. C. Will, and M. I. Moreno.  2008.  A collaborative web-based recording program for housing records of migratory birds during the non-breeding periods in Central and South America. Ornithologia Neotropical 19: 531-539.

Ruth, J. M., **and K. V. Rosenberg**. 2009. Partners in Flight research needs assessment summary. Proceedings of the Fourth International Partners in Flight Conference: Tundra to Tropics.

Bonney, R., C. B. Cooper, J. Dickinson, S. Kelling, T. Phillips, **K. V. Rosenberg**, and J. Shirk.  2009.  Citizen Science: A developing tool for expanding science knowledge and scientific literacy. Bioscience 59: 977-984.

Wells, J., V., B. Robertson**, K. V. Rosenberg**, and D. W. Mehlman. 2010.  Global versus Local Conservation Focus of U.S. State Agency Endangered Bird Species Lists. PLoS ONE 5(1): e8608. doi:10.1371/journal.pone.0008608.

Munson, M. A., R. Caruana, D. Fink, W. M. Hochachka, M. Iliff, **K. V. Rosenberg**, D. Sheldon, B. L. Sullivan, C. Wood, and S. Kelling. 2010. A method for measuring the relative information content of data from different monitoring protocols. *Methods in Ecology and Evolution* 1:263-273.

Lammertink, M, T.W. Gallagher, **K.V. Rosenberg**, J.W. Fitzpatrick, E. Liner, J. Rojas-Tomé, and P. Escalante.  2011.  Film Documentation of the probably extinct Imperial Woodpecker (*Campephilis imperialis*). Auk 128: 1-7.

Piorkowski, M. D., A. J. Farnsworth, M. Fry, R. W. Rohrbaugh, J. W. Fitzpatrick, and **K.V. Rosenberg**. 2011. Research priorities for wind energy and migratory wildlife. Journal of Wildlife Management 76:451-465.

Hames, R. S., J. D. Lowe, and **K. V. Rosenberg**. 2012. Developing a conservation research program with citizen science. Pp. 139-149 in, in Citizen Science: Public Participation in Environmental Research (J. L. Dickinson, and R. Bonney, Eds.). Cornell University Press, Ithaca, NY.

Bayly, N, C. Gómez, K. Hobson, A. M. Gonzáles, and **K. V. Rosenberg**.  2012. Fall migration of the Veery (*Catharus fuscescens*) in northern Colombia: introducing an alternative approach for determining the energetic importance of stopover sites. Auk 129:449-459.

Gómez, C., N. Bayly, and **K.V. Rosenberg**.  2012.  Annual and seasonal variation in stopover site use during migration: the case of *Catharus* thrushes and vireos in northern Colombia. J. Ornithology **10.1007/s10336-012-0876-5**.

Hamel, P. B., D. Mehlman, S. Herzog, **K. V. Rosenberg**, and J. Jones.  2013.  Passing the baton from research to conservation implementation for Cerulean Warbler (*Setophaga cerulea*). Ornitologia Neotropical 23:367-378.

Kelling, S., D. Fink, W. M. Hochachka, **K. V. Rosenberg**, R. Cook, T. Damoulas, C. Silva, and W. K. Michener. 2013. Estimating species distributions — across space, through time, and with features of the environment. Pages 441-458 in The Data Bonanza: Improving Knowledge Discovery in Science, Engineering, and Business (M. Atkinson, R. Baxter, P.

13

Brezany, O. Corcho, M. Galea, J. van Hemert, M. Parsons, and D. Snelling, Eds.). John Wiley & Sons Ltd., Hoboken, NJ.

Sullivan, B. L., J. A. Aycrigg, J. H. Barry, R. E. Bonney, N. Bruns, C. B. Cooper, T. Damoulas, A. A. Dhondt, T. Diettrich, A. Farnsworth, D. Fink, J. W. Fitzpatrick, T. Fredricks, J. Gerbracht, C. Gomes, W. M. Hochachka, M. J. Iliff, C. Lagoze, F. A. La Sorte, M. Merrifield, W. Morris, T. B. Phillips, M. Reynolds, A. D. Rodewald, **K. V. Rosenberg**, N. M. Trautmann, A. Wiggins, D. W. Winkler, W-K. Wong, C. L. Wood, J. Yu, and S. Kelling.  2014.  The eBird enterprise: An integrated approach to development and application of citizen science. Biological Conservation 169: 31–40.

La Sorte, F. A., Fink, D., Hochachka, W. M., Farnsworth, A., Rodewald, A. D., **Rosenberg, K.** V., Sullivan, B. L., Winkler, D. W., Wood, C., Kelling, S. 2014.  The role of atmospheric conditions in the seasonal dynamics of North American migration flyways. Journal of Biogeography. doi: 10.1111/jbi.12328.

Gómez, C., N. J. Bayly, and **K. V. Rosenberg**.  2014.  Fall stopover strategies of Catharus thrushes in northern South America. Auk 131:702-717. http://aoucospubs.org/toc/tauk/131/4

La Sorte, F., D. Fink, W. M. Hochachka, J. L. Aycrigg, **K. V. Rosenberg**, A. D. Rodewald, N. E. Bruns, A. J. Farnsworth, B. L. Sullivan, C. L. Wood, and S. Kelling.  2015.  Documenting stewardship responsibilities across the annual cycle for birds on U.S. public lands. Ecological Applications 25:39-51.

Dayer, A. A., R. B. Stedman, S. B. Allred, **K. V. Rosenberg**, A. K. Fuller. 2015. Understanding landowner intentions to create early successional forest habitat in the northeastern United States. Wildlife Society Bulletin. doi:10.1002/wsb.613.

Wood, E. M., S. E. Barker Swarthout, W. M. Hochachka, J. L. Larkin, R. W. Rohrbaugh, **K. V. Rosenberg**, A. D. Rodewald. 2016. Intermediate habitat associations by hybrids may facilitate genetic introgression in a songbird. Journal of Avian Biology. doi: 10.1111/jav.00771.

Bayly, N. J., C. Gómez, K. A. Hobson and **K. V. Rosenberg**. 2016. Prioritizing tropical habitats for long-distance migratory songbirds: an assessment of habitat quality at a stopover site in Colombia. Avian Conservation and Ecology 11 (2):5. http://dx.doi.org/10.5751/ACE-00873-110205

Aycrigg, J. L., C. Groves, J. A. Hilty, J. M. Scott, P. Beier, B. A. Boyce, Jr., D. Figg, H. Hamilton, E. Haubold, G. Machlis, K. Muller, **K. V. Rosenberg**, R. M. Sauvajot, M. Shaffer, and R. Wentworth. 2016. Completing the System: Opportunities and Challenges for a National Habitat Conservation System. BioScience. doi: 10.1093/biosci/biw090

**Rosenberg K. V.,** T. Will, D. A. Buehler, S. Barker Swarthout, W. E. Thogmartin, R. Chandler, and R. E. Bennett. 2016. Dynamic distribution and population declines of Golden-winged Warbler. In. Golden-winged Warbler Ecology, Conservation, and Management (Streby, H. M., D. E. Anderson, and D. A. Buehler Eds.). Studies in Avian Biology.

Rohrbaugh, R.W., D. A. Buehler, S. Barker Swarthout, D. King, J.L. Larkin, **K.V. Rosenberg**, A.

Roth, T. Will, and R. Vallender. 2016. Conservation perspectives:  a review of new science and primary threats with an emphasis on improving strategic golden-winged warbler conservation. *in* Golden-winged Warbler Ecology, Conservation and Management. (Streby, H. M., D. E. Anderson, and D. A. Buehler Eds.). Studies in Avian Biology.

Crawford, D. L., R. W. Rohrbaugh, A. M. Roth, J. D. Lowe, S. Barker Swarthout, and **K. V. Rosenberg**. 2016. Landscape-scale habitat and climate correlates of breeding Golden-winged and Blue-winged warblers. *in* Golden-winged Warbler Ecology, Conservation and Management. (Streby, H. M., D. E. Anderson, and D. A. Buehler Eds.). Studies in Avian Biology.

Sullivan, B. L., T. Phillips, A. A. Dayer, C. L. Wood, A. Farnsworth, M. J. Iliff, I. J. Davies, A. Wiggins, D. Fink, W. Hochachka, A. D. Rodewald, **K. V. Rosenberg**, R. Bonney, and S, Kelling. 2017. Using open access observational data for conservation action: a case study for birds. Biological Conservation 208:5-14. doi:10.1016/j.biocon.2016.04.031.

Bennett, R. E., S. Barker Swarthout, J. S. Bolsinger, A. Rodewald, **K. V. Rosenberg**, and R. W. Rohrbaugh. 2017. Extreme genetic similarity does not predict nonbreeding distribution in two closely related warblers. Journal of Field Ornithology. **DOI:** 10.1111/jofo.12195

LaSorte, F., D. Fink, P. Blancher, A. Rodewald, V. Ruiz-Gutierrez, **K. V. Rosenberg**, W. Hochachka, P. Verburg, and S. Kelling. 2017. Global change and the distributional dynamics of migratory bird populations wintering in Central America. Global Change Biology 2017:1-13 **DOI:** 10.1111/gcb.13794.

Gómez, C., N. J. Bayly, D. R. Norris, S. A. Mackenzie, **K. V. Rosenberg**, P. D. Taylor, K. A. Hobson, and C. D. Cadena. 2017. Fuel loads acquired at a stopover site influence the pace of intercontinental migration in a boreal songbird. Scientific Reports 7:3405. https://**DOI:** 10.1038/s41598-017-03503-4.

**Rosenberg, K. V.,** P. J. Blancher, J. C. Stanton, and A. O. Panjabi. 2017. Use of Breeding Bird Survey Data in Avian Conservation Assessments. Condor 19: **DOI:** 10.1650/CONDOR-17-57.1

Wood, E., S. Barker Swarthout, W. Hochachka, R. W. Rohrbaugh, **K. V. Rosenberg**, and A. Rodewald. 2017. An improved survey methodology for monitoring population trends of the Golden-winged Warbler and other patchily distributed birds. Journal of Field Ornithology 88 (4):1-12. DOI: 10.1111/jofo.12220.

Bayly N. J., **K. V. Rosenberg**, W. E. Easton, C. Gómez, J. Carlisle, D. Ewert, A. Drake, and L. Goodrich. 2018. Major stopover regions and migratory bottlenecks for Nearctic-Neotropical landbirds within the Neotropics: a review. Bird Conservation International. 2018:1-26. https://doi.org/10.1017/S0959270917000296.

Dokter, A. M., A. Farnsworth, D. Fink, V. Ruiz-Guttierez, W. M. Hochachka, F. A. La Sorte, O. J. Robinson**, K. V. Rosenberg**, and S. Kelling. 2018. Seasonal abundance and survival of North America's migratory avifauna determined by weather radar. Nature Ecology and Evolution. https://doi.org/10.1038/s41559-018-0666-4.

Bayly, N. J., C. Gómez, **K. V. Rosenberg**, and K. A. Hobson. 2019. Habitat choice shapes the stopover strategy of a Nearctic-Neotropical migratory songbird. Journal of Ornithology 160:377-388. https://doi.org/10.1007/s10336-019-01624-3.

Stanton, J. C., P. J. Blancher, **K. V. Rosenberg**, A. O. Panjabi, and W. E. Thogmartin. 2019. Estimating uncertainty of North American landbird population sizes. Avian Conservation and Ecology 14 (1): 4. [online] URL: http://www.ace-eco.org/vol14/iss1/art4/

**Rosenberg, K. V**., A. M. Dokter, P. J. Blancher, J. R. Sauer, A. C. Smith, A. O. Panjabi, J. C. Stanton, P. A. Smith, L. Helft, M. Parr, P. P. Marra. 2019. Decline of the North American avifauna. *Science 366:120-124.* https://doi.org/10.1126/science.aaw1313

Bennett, R. E., A. D. Rodewald, **K. V. Rosenberg**, R. Chandler, L Chavarria, J. A. Gerwin, D. King, J. Larkin. 2019. Drivers of variation in migration behavior for a linked population of long-distance migratory passerine. The Auk 136 (4):1-13. https://doi.org/10.1093/auk/ukz051.

Johnston, A., T. Auer, D. Fink, M. Strimas-Mackey, M. Iliff, **K. V. Rosenberg**, S. Brown, R. Lanctot, A. Rodewald, S. Kelling. 2019. Performance of abundance distributions and range maps in spatial conservation planning for migratory species. Ecological Applications **https://doi.org/10.1002/eap.2058**.

Bennett, R. E., A. D. Rodewald, and **K. V. Rosenberg.** 2019. Overlooked sexual segregation of habitats exposes female migratory landbirds to threats. Biological Conservation 240 https://doi.org/10.1016/j.biocon.2019.108266

Krabbe, N. K., Schulenberg, T. S., P. A. Hosner, **K. V. Rosenberg**, T. J. Davis, G. H. Rosenberg, D. F. Lane, M.J. Anderson, M. B. Robbins, C. D. Cadena, T. Valqui, J. F. Salter, A. J. Spencer, J. F. Fjeldsa. *In press.* Untangling cryptic avian diversity in the High Andes: revision of the Scytalopus [magellanicus] complex (Rhinocryptidae) in Peru reveals three new species. Auk.

McNeil, D.J., O. Robinson, A. D. Rodewald, C. J. Fiss. **K. V. Rosenberg**, V. Ruiz-Guttierrez, K. Aldinger, A. D. Dhondt, S Petzinger, J. L. Larkin. *In review.* Regional Abundance and Local Breeding Productivity Explain Occupancy of Restored Habitats in a Migratory Songbird. Biological Conservation,

Lees, A. C., S Marsden, A. D. Rodewald, **K. V. Rosenberg**, V, Ruiz-Guttierez, and T. S. Schulenberg. *In review.* A roadmap to identifying and closing shortfalls in Neotropical ornithology, Studies in Avian Biology (invited chapter).

McNeil, D. J., C. J. Fiss, V. G. Rohwer, A. D. Dhondt, A. D. Rodewald, **K. V. Rosenberg**, R. E. Bennett, and J. L. Larkin. *In review.* Rapid formative plumage development in a wood warbler.

McNeil, D. J., C. J. Fiss, A. D. Dhondt, **K. V. Rosenberg**, A. D. Rodewald, and J. L. Larkin. *In review.* Ontogeny of fledgling independence in a foraging specialist wood-warbler: parent-offspring conflict or juvenile energy requirements?

**OTHER TECHNICAL PUBLICATIONS**

**Rosenberg, K. V**. and D. A Wiedenfeld (Eds.).  1993.  Directory of Neotropical Ornithology, 2nd edition.  American Ornithologist's Union.

**Rosenberg, K.V.,** R.W. Rohrbaugh, Jr., S.E. Barker, J.D. Lowe, R.S. Hames, and A.A. Dhondt. 1999.  A land managers guide to improving habitat for Scarlet Tanagers and other forest-interior birds. Cornell Lab of Ornithology.

Pashley, D. N., C. J. Beardmore, J. A. Fitzgerald, R. P. Ford, W. C. Hunter, M. S. Morrison, and **K. V. Rosenberg**.  2000.  Partners in Flight: Conservation of the land birds of the United States. American Bird Conservancy. 92 pp.

**Rosenberg, K.V.;** Barker, S.E.; Rohrbaugh, R.W. 2000. An atlas of Cerulean Warbler populations: Final Report to USFWS, 1997–2000 Breeding Seasons. Ithaca, NY: Cornell University, Laboratory of Ornithology. 56 p.

**Rosenberg, K. V.,** R. S. Hames, R. W. Rohrbough Jr., S. Barker Swarthout, J. D. Lowe, and A. A. Dhondt. 2003. A land manager's guide to improving habitat for forest thrushes, Cornell Laboratory of Ornithology, Ithaca, NY.

Rich, T. D., C. J. Beardmore, H Berlanga, P. J. Blancher, M. S. W. Bradstreet, G. S. Butcher, D. W. Demarest, E. H. Dunn, W. C. Hunter, W. E. Iñigo-Elias, J. A. Kennedy, A. M. Martell, A. O. Panjabi, D, N, Pashley, **K. V. Rosenberg**, C. M. Rustay, J. S. Wendt, T. C. Will.  2004. Partners in Flight North American Landbird Conservation Plan. Cornell Lab of Ornithology, Ithaca, NY.

Will, T. C., J. M. Ruth, **K. V. Rosenberg**,  D. Krueper, D. Hahn, J. Fitzgerald,  R. Dettmers, C. J. Beardmore.  2005.  The five elements process: designing optimal landscapes to meet bird conservation objectives, Partners in Flight Technical Series No. 1. http//www.partnersinflight.org.

Dunn, E. H., B. L. Altman, J. Bart, C. J. Beardmore, H. Berlanga, P. J. Blancher, G. S. Butcher, D. W. Demarest, R. Dettmers, W. C. Hunter, E. E. Iñigo-Elias, A. O. Panjabi, D. N. Pashley, C. J. Ralph, T. D. Rich, **K. V. Rosenberg**, C. M. Rustay, J. M. Ruth, and T. C. Will.  2005.  High priority needs for range-wide monitoring of North American landbirds.  Partners in Flight Technical Series No. 2.

Panjabi, A. O., E. H. Dunn, P. J. Blancher, W. C. Hunter, B. L. Altman, J. Bart, C. J. Beardmore, H. Berlanga, G. S. Butcher, S. K. Davis, D. W. Demarest, R. Dettmers, W. Easton, H. Gomez de Silva Garza, E. E. Iñigo-Elias, D. N. Pashley, C. J. Ralph, T. D. Rich, **K. V. Rosenberg**, C. M. Rustay, J. M. Ruth, J. S. Wendt, and T. C. Will.  2005.  The Partners in Flight handbook on species assessment.  Version 2005.  Partners in Flight Technical Series No. 3. http://www.rmbo.org/pubs/downloads/Handbook2005.pdf

Blancher, P.J., B. Jacobs, A. Couturier, C.J. Beardmore, R. Dettmers, E.H. Dunn, W. Easton, E.E. Iñigo-Elias, T.D. Rich, **K.V. Rosenberg** and J.M. Ruth.  2006.  Making Connections for Bird Conservation:  Linking States, Provinces & Territories to Important Wintering and Breeding Grounds.  Partners in Flight Technical Series No. 4.: http://www.partnersinflight.org/pubs/ts/04-Connections

Van Horne, B., P. Schmidt, B.Andres,  L. Barnhill,  J. Bart,  R. Bishop, S. Brown, C. Francis,  D. Hahn,  D. Humburg, M. Koneff, B. Peterjohn, **K. V. Rosenberg**,  J. Sauer, R. Szaro, and C. Vojta. 2007.  Opportunities for Improving Avian Monitoring. U. S. NABCI Monitoring Subcommittee Report.

Blancher, P. J., **K. V. Rosenberg**, A. O. Panjabi, B. Altman, J. Bart, C. J. Beardmore, G. S. Butcher, D. Demarest, R. Dettmers, E. H. Dunn, W. Easton, W. C. Hunter, E. E. I–igo-Elias, D. N. Pashley, C. J. Ralph, T. D. Rich, C. M. Rustay, J. M. Ruth, and T. C. Will. 2007. Guide to the Partners in Flight Population Estimates Database. Version: North American Landbird Conservation Plan 2004. Partners in Flight Technical Series No 5. http://www.partnersinflight.org/

**Rosenberg, K. V.,** A. Manville, D. Mizrahi, and A. Farnsworth. 2008. Technological advances and tool applications for bird monitoring. North American Bird Conservation Initiative. The All-Bird Bulletin January:9-10.

**Rosenberg, K.V.**  2008. Cerulean Warbler. In The Second Atlas of Breeding Birds in New York State (K.J. McGowan and K. Corwin, eds.). Cornell University Press, Ithaca, NY.

**Rosenberg, K.V.**  2008. Kentucky Warbler. In The Second Atlas of Breeding Birds in New York State (K.J. McGowan and K. Corwin, eds.). Cornell University Press, Ithaca, NY.

**Rosenberg, K.V.** 2008. Louisiana Waterthrush. In The Second Atlas of Breeding Birds in New York State (K.J. McGowan and K. Corwin, eds.). Cornell University Press, Ithaca, NY.

Rich, T.D., B. Dale, L. Long, C. J. Ralph, **K. Rosenberg**, E. Santana, A. Sutton, and X. Vega. 2008.  Partners in Flight Bird Conservation Needs Assessment: Results of the 4th International Partners in Flight Conference.  Partners in Flight. McAllen, Texas. USA.

North American Bird Conservation Initiative, U.S. Committee. 2009.  The State of the Birds, United States of America, 2009. U.S. Department of Interior, Washington, D. C. 36 pages. (Science Team co-author)

Barker Swarthout, S**., K.V. Rosenberg**, R.W. Rohrbaugh, Jr, R.S. Hames.  2009. Golden-winged Warbler Atlas Project. Final Report to United States Fish and Wildlife Service: 1999-2006 Breeding Seasons.

North American Bird Conservation Initiative, U.S. Committee. 2010.  The State of the Birds, 2010 Report on Climate Change. U.S. Department of Interior, Washington, D. C. (Science Team co-author)

Berlanga, H., J. A. Kennedy, T. D. Rich, M. C. Arizmendi, C. J. Beardmore, P. J. Blancher, G. S. Butcher, A. R. Couturier, A. A. Dayer, D. W. Demarest, W. E. Easton, M. Gustafson, E. Iñigo-Elias, E. A. Krebs, A. O. Panjabi, V. Rodriguez Contreras, **K. V. Rosenberg**, J. M. Ruth, E. Santana Castellón, R. Ma. Vidal, T. C. Will. 2010. Saving Our Shared Birds: Partners in Flight Tri-National Vision for Landbird Conservation. Cornell Lab of Ornithology: Ithaca, NY

North American Bird Conservation Initiative, U.S. Committee. 2011.  The State of the Birds, 2011 Report on Public Lands and Waters. U.S. Department of Interior, Washington, D. C. 48 pages. (Science Team co-author)

Panjabi, A. O., P. J. Blancher, R. Dettmers, and **K. V. Rosenberg**, Version 2012. The Partners in Flight Handbook on Species Assessment  Version 2012. Partners in Flight Technical

Series No. 3. Rocky Mountain Bird Observatory website: http://www.rmbo.org/pubs/downloads/Handbook2012.pdf.

Roth, A.M., R.W. Rohrbaugh, K. Aldinger, M.H. Bakermans, S. Barker Swarthout, D.A. Buehler, J.L. Confer, D. Crawford, C. Friis, R.M. Fowlds, J.L. Larkin, J. Loegering, J.D. Lowe, M. Piorkowski, **K.V. Rosenberg**, C. Smalling, T.M. Terhune, R. Vallender, T. Will, and P.B. Wood. 2012. Golden-winged Warbler Breeding Season Conservation Plan. *In* Roth, A.M., R.W. Rohrbaugh, T. Will, and D.A. Buehler, editors. 2012. Golden-winged Warbler status review and conservation plan. www.gwwa.org/

Blancher, P. J., **K. V. Rosenberg**, A. O. Panjabi, B. Altman, A. R. Couturier, W. E. Thogmartin, and the Partners in Flight Science Committee. 2013. Handbook to the Partners in Flight Population Estimates Database, Version 2.0. PIF Technical Series No 6. http://www.partnersinflight.org/pubs/ts/

D. Fink, **K. V. Rosenberg**, F. A. La Sorte, M. J. Iliff, C. Wood, and S. Kelling. 2013. Species Distribution Modeling of Priority Bird Species on Bureau of Land Management Lands to Determine Stewardship Responsibility for Conservation Planning. Final Technical Report to BLM.

North American Bird Conservation Initiative, U.S. Committee. 2013. The State of the Birds, 2013 Report on Private Lands. U.S. Department of Interior, Washington, D. C. 48 pages. (Science Team co-author)

C. Wood, F. A. La Sorte, D. Fink, **K. V. Rosenberg**, M. J. Iliff, B. Sullivan, and S. Kelling. 2013. Species Distribution Modeling of Priority Bird Species on United States Forest Service Lands to Determine Stewardship Responsibility for Conservation Planning. Final report to U.S. Forest Service.

North American Bird Conservation Initiative, U.S. Committee. 2014. The State of the Birds, 2014. U.S. Department of Interior, Washington, D. C. 16 pages. (Science Team Lead).

Bennett, R. E., A Rothman, and **K. V. Rosenberg**. 2015. Wintering Grounds Conservation Plan for Golden-winged Warbler. Final Report to U.S. Fish and Wildlife Service Region3 Grant Award Number: F13AP00572.

North American Bird Conservation Initiative. 2016. The State of North America's Birds. Environment and Climate Change Canada, Ottawa. 8 pages. (Science Team co-lead).

**K. V. Rosenberg**, J. A. Kennedy, R. Dettmers, R. P. Ford, D. Reynolds, C. J. Beardmore, P. J. Blancher, R. Bogart, G. S. Butcher, A. Camfield, D. W. Demarest, W. E. Easton, B. Keller, J. A. Kennedy, A. O. Panjabi, D. N. Pashley, T. D. Rich, J. M. Ruth, H. Stabins, J. Stanton, T. Will. 2016. Partners in Flight Landbird Conservation Plan: 2016 Revision for Canada and Continental United States. Partners in Flight Science Committee. 119 Pages.

**K. V. Rosenberg**, Nick Bayly, and Camila Gómez. 2017. Stopping Over: Learning What Birds Need on Migration. Bird Conservation. Spring 2017: 22-26.

North American Bird Conservation Initiative, U.S. Committee. 2017. The State of the Birds 2017: A Farm Bill Special Report. Cornell Lab of Ornithology, Ithaca, NY. 4 pages. (Team lead)

Available at http://www.stateofthebirds.org/2017

Rodewald, A. D., and **K. V. Rosenberg.** 2018. Amazing Race. Living Bird. Spring 2018.

North American Bird Conservation Initiative, U.S. Committee. 2019.  The State of the Birds, 2019. U.S. Cornell Lab of Ornithology, Ithaca, NY. 4 pages. (Team Lead) Available at http://www.stateofthebirds.org

# EXHIBIT B



Oregon Winter Links
(47 priority species)
Strong
Weak



California Winter Links
(59 priority species)
Strong
Weak



New Mexico Winter Links
(53 priority species)
Strong
Weak



Wyoming Winter Links
(53 priority species)
Strong
Weak



New York Winter Links
(54 priority species)
Strong
Weak



New Jersey Winter Links
(37 priority species)
Strong
Weak



Maryland Winter Links
(41 priority species)



Massachusetts Winter Links
(36 priority species)
Strong
Weak



Illinois Winter Links
(42 priority species)
Strong
Weak

# EXHIBIT C



Arizona Breeding Links
(7 priority species)
Strong
Weak



New Mexico Breeding Links
(10 priority species)
Strong
Weak



Texas Breeding Links
(21 priority species)

■ Strong
■ Weak



Oklahoma Breeding Links
(11 priority species)
Strong
Weak



Kansas Breeding Links
(9 priority species)

Strong
Weak



Nebraska Breeding Links
(6 priority species)
Strong
Weak



Louisiana Breeding Links
(12 priority species)
Strong
Weak



Florida Breeding Links
(9 priority species)
Strong
Weak



Arkansas Breeding Links
(8 priority species)



Alabama Breeding Links
(7 priority species)
Strong
Weak



Georgia Breeding Links
(7 priority species)
Strong
Weak



South Carolina Breeding Links
(7 priority species)
Strong
Weak



South Dakota Breeding Links
(5 priority species)
Strong
Weak



Missouri Breeding Links
(5 priority species)
Strong
Weak



Mississippi Breeding Links
(6 priority species)
Strong
Weak



Tennessee Breeding Links
(5 priority species)
Strong
Weak



Virginia Breeding Links
(5 priority species)
Strong
Weak



North Carolina Breeding Links
(5 priority species)
Strong
Weak