UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATURAL RESOURCES DEFENSE
COUNCIL, INC., *et al.*,

                       Plaintiffs,

  -against-

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

                       Defendants.

18 Civ. 4596 (VEC)

------------------------------------------------------------------------x
NATIONAL AUDUBON SOCIETY, *et al.*,

                       Plaintiffs,

  -against-

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

                       Defendants.

18 Civ. 4601 (VEC)

------------------------------------------------------------------------x
STATE OF NEW YORK, *et al.*,

                       Plaintiffs,

  -against-

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

                       Defendants.

18 Civ. 8084 (VEC)

------------------------------------------------------------------------x

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Defendants U.S. Department of the Interior, U.S. Fish and Wildlife Service, and Daniel Jorjani ("Defendants") in Support of Their Cross-Motion for Summary Judgment and in Opposition to the Plaintiffs' Motions for Summary Judgment, and the Administrative Record, filed with the Clerk of the Court on November 21, 2019, *see* Dkt. No. 65, Defendants, by their attorney,

Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        March 27, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:     */s/ Andrew E. Krause*
        ANDREW E. KRAUSE
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York  10007
        Telephone:  (212) 637-2769