IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>      *Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      *Defendants*. | 18-CV-4596 (VEC) |
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>      *Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      *Defendants*. | 18-CV-4601 (VEC) |
| STATE OF NEW YORK, et al.,<br><br>      *Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      *Defendants*. | 18-CV-8084 (VEC) |

**NOTICE OF FILING OF JOINT APPENDIX**

PLEASE TAKE NOTICE that, pursuant to this Court's Order of January 13, 2020, Dkt. 67, Plaintiffs Natural Resources Defense Council and National Wildlife Federation ("NRDC Plaintiffs") hereby file a Joint Appendix, in four volumes, containing copies of those portions of the administrative record that are cited or otherwise relied upon in the parties' summary judgment briefs.

| | |
|---|---|
| Dated June 10, 2020 | Respectfully submitted, |
| | /s/ Ian Fein |
| | Ian Fein |
| | Natural Resources Defense Council |
| | 111 Sutter Street, 21st Floor |
| | San Francisco, CA 94104 |
| | (415) 875-6147 |
| | ifein@nrdc.org |
| | |
| | *Counsel for NRDC Plaintiffs* |