# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NATURAL RESOURCES DEFENSE COUNCIL,
INC.; NATIONAL WILDLIFE FEDERATION,

                    Plaintiffs,            18 **CIVIL** 4596 (VEC)

       -against-                  **JUDGMENT**

U.S. DEPARTMENT OF THE INTERIOR, U.S.
FISH AND WILDLIFE SERVICE; DANIEL
JORJANI, in his official capacity as the
person exercising authority of the Solicitor of
the Interior,
                   Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2020, Plaintiffs' motions for summary judgment are GRANTED, and Defendants' motion for summary judgment is DENIED. The Court VACATES the Jorjani Opinion (M-37050) and REMANDS to the agency for further proceedings.

**Dated:**  New York, New York
         August 11, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
               **BY:**     _K. Mango_
                                                    **Deputy Clerk**