AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Natural Resources Defense Council, Inc., et al.
        Plaintiff (s),

V.

U.S. Department of the Interior, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 Civ. 4596 (VEC)

Notice is hereby given that, subject to approval by the court, **all defendants** substitutes
(Party (s) Name)

**Tomoko Onozawa**, State Bar No. **4154167** as counsel of record in
(Name of New Attorney)

place of **Andrew E. Krause**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: U.S. Attorney's Office, Southern District of New York
    Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
    Telephone:       Facsimile
    E-Mail (Optional):

I consent to the above substitution.
Date:
                          (Signature of Party (s))

I consent to being substituted.
Date: 9/27/2020
                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/28/2020
                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]