# UNITED STATES DISTRICT COURT

Southern **District of** New York

Natural Resources Defense Council, Inc., et al.
      Plaintiff (s),

V.

U.S. Department of the Interior, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 18 Civ. 4596 (VEC)

Notice is hereby given that, subject to approval by the court, __all defendants__ substitutes
(Party (s) Name)

__Tomoko Onozawa__, State Bar No. __4154167__ as counsel of record in
(Name of New Attorney)

place of __Andrew E. Krause__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: U.S. Attorney's Office, Southern District of New York
 Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
 Telephone:         Facsimile
 E-Mail (Optional):

I consent to the above substitution.
Date:
              (Signature of Party (s))

I consent to being substituted.
Date: 9/27/2020
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/28/2020
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 09/28/2020
              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**