UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>                 Plaintiffs,<br>     v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>                 Defendants. | 18 Civ. 4596 (VEC) |
| NATIONAL AUDOBON SOCIETY, et al.,<br><br>                 Plaintiffs,<br>     v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>                 Defendants. | 18 Civ. 4601 (VEC) |
| STATE OF NEW YORK, et al.,<br><br>                 Plaintiffs,<br>     v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>               Defendants. | 18 Civ. 8084 (VEC) |

**NOTICE OF APPEAL**

      Notice is hereby given that the U.S. Department of the Interior, the U.S. Fish and Wildlife Service, and Daniel H. Jorjani, in his official capacity as Solicitor of the Interior, defendants in the above-named cases, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in these actions on August 11, 2020.

| | | |
|---|---|---|
| Dated: | New York, New York<br>October 8, 2020 | Respectfully submitted,<br><br>AUDREY STRAUSS<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Defendants |
| | By: | /s/ Tomoko Onozawa<br>TOMOKO ONOZAWA<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, New York 10007<br>Telephone: (212) 637-2721<br>Fax: (212) 637-2686<br>E-mail: tomoko.onozawa@usdoj.gov |

2