UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 4596 (VEC) |
| NATIONAL AUDOBON SOCIETY, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 4601 (VEC) |
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | 18 Civ. 8084 (VEC) |

## NOTICE OF APPEAL

  Notice is hereby given that the U.S. Department of the Interior, the U.S. Fish and Wildlife Service, and Daniel H. Jorjani, in his official capacity as Solicitor of the Interior, defendants in the above-named cases, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in these actions on August 11, 2020.

Dated: New York, New York  
October 8, 2020

Respectfully submitted,

AUDREY STRAUSS  
United States Attorney for the  
Southern District of New York  
Attorney for Defendants

By: /s/ Tomoko Onozawa  
TOMOKO ONOZAWA  
Assistant United States Attorney  
86 Chambers Street  
New York, New York 10007  
Telephone: (212) 637-2721  
Fax: (212) 637-2686  
E-mail: tomoko.onozawa@usdoj.gov

2