

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 28, 2021

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *National Audubon Society*, et al. *v. U.S. Department of the Interior*, et al.,
            18 Civ. 4601 (VEC)

Dear Judge Caproni:

      This Office represents Defendants in the above-referenced matter. Pursuant to the Court's endorsed order dated April 2, 2021 [ECF No. 98], we write respectfully to request an additional 30-day stay of the EAJA fee motion filed by plaintiffs American Bird Conservancy, Center for Biological Diversity, and Defenders of Wildlife ("Moving Plaintiffs") on April 1, 2021 [ECF No. 96]. After the EAJA fee motion was filed, Defendants requested and the Moving Plaintiffs provided all underlying time records in support of their fee application. The extension is requested to permit Defendants additional time to obtain approval for a settlement amount, and for the parties to continue their discussions and for Defendants to obtain settlement authorization. This is Defendants' first request for a further stay of the Moving Plaintiffs' EAJA fee motion. Eric Glitzenstein, Esq., counsel for the Moving Plaintiffs, has consented to this request.

      We thank the Court for its consideration of this request.

                                                 Respectfully submitted,

                                                 AUDREY STRAUSS
                                                 United States Attorney for the
                                                 Southern District of New York

                     By:    */s/ Tomoko Onozawa*
                            TOMOKO ONOZAWA
                            Assistant United States Attorney
                            Telephone: 212-637-2721
                            Facsimile: 212-637-2717
                            E-mail: tomoko.onozawa@usdoj.gov

cc:     All counsel of record via ECF