

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 28, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2021

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *National Audubon Society*, et al. *v. U.S. Department of the Interior*, et al., 18 Civ. 4601 (VEC)

Dear Judge Caproni:

This Office represents Defendants in the above-referenced matter. Pursuant to the Court's endorsed order dated April 2, 2021 [ECF No. 98], we write respectfully to request an additional 30-day stay of the EAJA fee motion filed by plaintiffs American Bird Conservancy, Center for Biological Diversity, and Defenders of Wildlife ("Moving Plaintiffs") on April 1, 2021 [ECF No. 96]. After the EAJA fee motion was filed, Defendants requested and the Moving Plaintiffs provided all underlying time records in support of their fee application. The extension is requested to permit Defendants additional time to obtain approval for a settlement amount, and for the parties to continue their discussions and for Defendants to obtain settlement authorization. This is Defendants' first request for a further stay of the Moving Plaintiffs' EAJA fee motion. Eric Glitzenstein, Esq., counsel for the Moving Plaintiffs, has consented to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: */s/ Tomoko Onozawa*
TOMOKO ONOZAWA
Assistant United States Attorney
Telephone: 212-637-2721
Facsimile: 212-637-2717
E-mail: tomoko.onozawa@usdoj.gov

Application GRANTED. The parties' deadline is extended to **July 1, 2021**.

SO ORDERED.

*[signature]*
6/1/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: All counsel of record via ECF