

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 30, 2021

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *National Audubon Society*, et al. *v. U.S. Department of the Interior*, et al.,
              18 Civ. 4601 (VEC)

Dear Judge Caproni:

      This Office represents Defendants in the above-referenced matter.  Pursuant to the Court's endorsed order dated June 1, 2021 [ECF No. 100], we write respectfully to request an additional 30-day stay of the EAJA fee motion filed by plaintiffs American Bird Conservancy, Center for Biological Diversity, and Defenders of Wildlife ("Moving Plaintiffs") on April 1, 2021 [ECF No. 96].  Since the Court's June 1, 2021 order, the parties have continued their discussions and Defendants have taken steps in furtherance of obtaining settlement authorization.  This is Defendants' second request for a further stay of the Moving Plaintiffs' EAJA fee motion.  Eric Glitzenstein, Esq., counsel for the Moving Plaintiffs, has consented to this request.

      We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            United States Attorney for the
                            Southern District of New York

By:    */s/ Tomoko Onozawa*
        TOMOKO ONOZAWA
        Assistant United States Attorney
        Telephone:  212-637-2721
        Facsimile:  212-637-2717
        E-mail:  tomoko.onozawa@usdoj.gov

cc:    All counsel of record via ECF