

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

June 30, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *National Audubon Society*, et al. *v. U.S. Department of the Interior*, et al.,
             18 Civ. 4601 (VEC)

Dear Judge Caproni:

       This Office represents Defendants in the above-referenced matter. Pursuant to the Court's endorsed order dated June 1, 2021 [ECF No. 100], we write respectfully to request an additional 30-day stay of the EAJA fee motion filed by plaintiffs American Bird Conservancy, Center for Biological Diversity, and Defenders of Wildlife ("Moving Plaintiffs") on April 1, 2021 [ECF No. 96]. Since the Court's June 1, 2021 order, the parties have continued their discussions and Defendants have taken steps in furtherance of obtaining settlement authorization. This is Defendants' second request for a further stay of the Moving Plaintiffs' EAJA fee motion. Eric Glitzenstein, Esq., counsel for the Moving Plaintiffs, has consented to this request.

       We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   */s/ Tomoko Onozawa*
      TOMOKO ONOZAWA
      Assistant United States Attorney
      Telephone: 212-637-2721
      Facsimile: 212-637-2717
      E-mail: tomoko.onozawa@usdoj.gov

---

Application GRANTED. Not later than **August 2, 2021**, the parties must either file a notice of settlement or file a status update requesting an extension of time or proposing a briefing schedule.

SO ORDERED.

*[signature]*
6/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

cc:    All counsel of record via ECF